No. 92–1504. KOOHI ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–1558. DERDEN *v.* McNEEL ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1577. BRITT ET AL. *v.* GROCERS SUPPLY CO.; and
No. 92–1681. GROCERS SUPPLY CO. *v.* BRITT ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1644. WOODBURY PLACE PARTNERS *v.* CITY OF WOODBURY. Ct. App. Minn. Certiorari denied.

No. 92–1647. McCRAY *v.* DAYTON BOARD OF ZONING APPEALS ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 92–1649. MEDLOCK ET AL. *v.* LEATHERS, COMMISSIONER OF REVENUES OF ARKANSAS, ET AL. Sup. Ct. Ark. Certiorari denied.

No. 92–1658. MEYERS, INDIVIDUALLY AND IN A REPRESENTATIVE CAPACITY ON BEHALF OF THE ESTATE OF MEYERS *v.* GUGGENHEIM ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1660. MURPHY, COOK COUNTY PUBLIC GUARDIAN *v.* B. H. ET AL., BY THEIR NEXT FRIEND, PIERCE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–1663. MACON ET AL. *v.* CITY OF ORLANDO ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–1664. VIRGINIA CAROLINA TOOLS, INC., ET AL. *v.* INTERNATIONAL TOOL SUPPLY, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–1665. MAPCO AMMONIA PIPELINE, INC., ET AL. *v.* NEBRASKA BOARD OF EQUALIZATION AND ASSESSMENT ET AL. Sup. Ct. Neb. Certiorari denied.

No. 92–1666. BUSH *v.* BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY, ALABAMA, ET AL. C. A. 11th Cir. Certiorari denied.